IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES SMITH                                                                                      PLAINTIFF

V.                              CASE NO.: 3:12CV00020 BD

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                          DEFENDANT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this case without prejudice

DATED this 8th day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE